## STANCZUK *v.* PFENT.

This case is controlled by *Stanczuk* v. *Pfent, ante,* 689.[1]

Error to Wayne; Merriam (De Witt H.), J.    Submitted June 11, 1925.    (Docket No. 103.)    Decided July 16, 1925.    Rehearing denied October 1, 1925.

Case by Cecelia Stanczuk against Joseph Pfent for personal injuries.    From an order denying a motion to vacate a judgment for plaintiff by default, defendant brings error.    Reversed, and default set aside.

*Veno E. Sacre,* for appellant.

*Walter H. Domzalski* and *Harry J. Lippman* (*Ernest W. Ver Wiebe,* of counsel), for appellee.

McDONALD, C. J.    This case is a companion of *Stanczuk* v. *Pfent, ante,* 689, and is controlled by the opinion in that case.

Judgment is reversed and the cause remanded to the circuit court with directions that the default be set aside.    The defendant will have costs.

CLARK, BIRD, SHARPE, MOORE, STEERE, FELLOWS, and WIEST, JJ., concurred.

[1] Judgments, 34 C. J. §§ 365, 495.